Stephen Galanis, Respondent, *v.* Philip Simon, Appellant.

(Argued December 4, 1928; decided December 31, 1928.)

*George P. Keating* for appellant.

*George E. Phillies* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.